Dustin Lance, Bar No. 8804
dlance@lanceandrewlaw.com
Jessica A. Andrew, Bar No. 12433
jandrew@lanceandrewlaw.com
**LANCE ANDREW, P.C.**
15 West South Temple, Suite 1650
Salt Lake City, Utah 84101
Office: (801) 869-6800
Facsimile: (801) 869-6801
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| JACOB SEAN BARBEN,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL CARTRIDGE COMPANY, a Minnesota Corporation.<br><br>    Defendant. | **PLAINTIFFS' EXPERT DISCLOSURES**<br><br>Case No.: 1:16-cv-00094-BCW |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff submits his expert disclosures.

**Retained Experts**

1. Tom Roster, 1190 Lynnewood Blvd., Klamath Falls, OR 97601, (541) 884-2974. Mr. Roster is a shotgun and ballistics expert and will testify concerning the cause of the failure that injured Mr. Barben. Mr. Roster's qualifications, including his publications, as well as a list of his testimony history are contained in his CV, which is produced

herewith. A complete expert opinion report, including all facts and data considered by Mr. Roster in forming his opinions, is produced as well. Mr. Roster charges $130 per hour for his expert witness services.

2. Dr. Daniel J. Hammon, MD, Intermountain Orthopedic Specialty Group, 5848 Fashion Blvd, Murray, UT 84107, (801) 314-4900. Dr. Hammon performed an independent medical examination on Mr. Barben and rendered opinions in a written report, which was previously produced to Defendant, but is here against produced. Dr. Hammon's CV, testimony history, publication list and fee schedule will be forthcoming.

### Non-retained experts

Plaintiff may elicit expert testimony under Rule 702 from any healthcare providers who cared for Plaintiff, as disclosed in written discovery. Plaintiff anticipates these experts will testify consistent with the facts and opinions offered in their medical records and/or deposition testimony.

Dated this 10th day of March, 2017.

LANCE ANDREW, P.C.

_____
Jessica A. Andrew
*Attorney for Plaintiffs*

## CERTIFICATE OF MAILING

I hereby certify that on this 10th day of March, 2017, a true and correct copy of **Plaintiff's Expert Disclosure** was served by the method indicated below to the following:

| | |
|---|---|
| Scott T. Evans | ( ) E-File |
| Scott.evans@chrisjen.com | (X) U.S. Mail, Postage Prepaid |
| Tyler V. Snow | ( ) Hand Delivered |
| Tyler.snow@chrisjen.com | ( ) Overnight Mail |
| CHRISTENSEN & JENSEN, P.C. | ( ) Facsimile |
| 257 East 200 South, Suite 1100 | ( ) E-mail |
| Salt Lake City, UT 84111 | |
| *Attorneys for Defendant Federal Cartridge Company* | |

/s/ Jackie Millard