# EXHIBIT 2

# Expert Analysis and Report

June 20, 2017

Tyler Snow
Christensen & Jensen
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111

**RE: Barben v. Federal**

Dear Mr. Snow,

As you have requested, I have reviewed and examined various documents, exhibits and testing results concerning the above referenced matter. Based on my education, work experience, knowledge and training, I intend to offer the opinions stated in this report.  My opinions have been formulated to a reasonable degree of scientific certainty based on the facts gathered from pleadings, discovery responses, depositions, expert reports, my investigation of the subject ammunition, my review of the case materials and my testing. I have utilized data from standards and my own testing. I applied scientific and engineering methods to the facts, calculations and data to form my conclusions.

## Qualifications

I am currently the Product Safety Manager for Vista Outdoor, which includes Federal Cartridge Company, a subsidiary of Vista Outdoor. My job responsibilities include investigating and undertaking root cause analysis for allegations relating to product malfunctions as well as serving as an expert in criminal matters involving ammunition. I have examined/investigated over 1,000 claims pertaining to ammunition and firearm complaints. I work closely with manufacturing, product development and quality to understand product functionality, product misuse, design objectives and design limitations. A copy of my CV is included. (Exhibit A)

During the previous 4 years, I have testified as an expert at trial in the following matters:

*United States vs. Daniel Santiago*; United States District Court, San Francisco, CA, August, 2013

*United States vs. Hammond*; United States District Court, New Haven, CT, August, 2013

*United States vs. Leonard Hill*; United States District Court, Minneapolis, MN, August, 2015

*United States vs. Tuan Ngoc Luong*; United States District Court, San Francisco, CA, September, 2015

During the previous 4 years, I have testified as an expert at depositions as follows:

*Conlin, Zachary v. Magnum Research, Inc., Kahr, Inc.; Federal Cartridge Company; Outdoor Sportsman, Inc.* I was deposed twice: one expert deposition and one trial deposition; Superior Court of California, County of San Joaquin, May, 2016.


**Data and Facts Considered**

I have reviewed:

- Pleadings filed by plaintiff and defendants;
- Plaintiff's deposition;
- Discovery demands and responses exchanged by the parties;
- Photographs;
- Tom Roster's expert report and deposition;
- Federal Cartridge Company records for any similar claim involving H121 ammunition;
- Observations and video footage from Obstruction Test including a 12/20 burst and tube separation events


**Background Facts**

On October 30, 2014, Mr. Barben was pheasant hunting using a Beretta Silver Pigeon II over/under shotgun and Federal Cartridge Company H121 6 Game-Shok ammunition. Upon firing his second round, the bottom barrel ruptured approximately 5" from the breech. This rupture resulted in a hand injury to Mr. Barben.

Mr. Barben's shotgun ruptured from an obstruction collision approximately two inches in front of the chamber. This is evident from the photographs showing a bulge in the barrel that propagated into a barrel rupture. Plaintiff's expert alleges that on the first shot fired during the hunt by plaintiff, a shotshell tube separation event occurred, lodging the plastic tube portion into the Beretta barrel. He alleges that a subsequent round was fired and collided with the tube, rupturing the barrel.

**Observations, Testing and Analysis**

To begin the investigation I analyzed Federal Cartridge Company Game-Shok H121 ammunition. H121 ammunition has been manufactured since 2002 and is loaded in 12 gauge with a 1 ounce lead payload available in shot sizes 6, 7.5 and 8. Sales history shows that during the last seven years Federal Cartridge has sold over 130 million rounds of H121 ammunition. (Exhibit B) According to my examination of the Federal Cartridge Company's database, in this time frame Federal Cartridge has received zero reports of tube separations from either internal testing or external field complaints with H121 ammunition.

Additionally, I examined the history of alleged incident lot 3V29VM259. The ballistic report for this lot was well within industry specification for pressure and velocity. See ballistic report (Exhibit C).  This lot has an estimated lot size of 238,800 rounds and was manufactured on September 16, 2014. My search of Federal Cartridge Company's database resulted in zero records of any type of complaint with this lot number. In my experience, in the rare instance cutoff incidents do occur, there are hundreds of claims per lot. This clearly indicates that the H121 ammunition that plaintiff was using does not have a history of a design or manufacturing defect that would allow the tube to separate from the remainder of the shell.

According to plaintiff's expert's report, he offers the opinion that the hollow plastic hull separated from the metal head and traveled down the barrel creating an obstruction. He opines that the H121 tube separation became a sufficient obstruction capable of a blockage due to the wedging effect from the collision with the payload of the second shot. Plaintiff's expert did not conduct testing to prove or disprove his theory.

Using a Beretta Silver Pigeon I exemplar, I conducted an Obstruction Test, using a separated plastic hull. The hull had to be pounded into the barrel past the forcing cone and mechanical pressure exerted to get the hull deep enough in the barrel to allow another round to chamber behind it. A H121 round was then fired into the plastic hull. The first test resulted in the majority of the plastic hull ironing out on the inside of the barrel. A small portion of the hull fired out the muzzle and was recovered 50 yards downrange. The payload passed harmlessly through the hull leaving zero damage or bulge to the barrel.

I removed the ironed out hull and inserted another hull for the second test. The second round resulted in the payload striking the hull and firing it out of the barrel. The hull was recovered at the end of a 100 yard ballistic alley. Again, there was no firearm damage or bulge. See Obstruction Test Results. (Exhibit D)

Plaintiff's expert's opinion is based on the recovery of a tube portion of a Federal H121 6 shell recovered from the scene on June 12th, 2015, more than seven months after the incident occurred and after his initial consultation with plaintiff's counsel. The hull was allegedly found within ten yards of the incident site and missed by a previous Law Enforcement search and plaintiff's own later search of the area. Additionally, the hull shows no signs of fire damage

similar to the other hulls found during the June 3rd 2015 inspection that were in the field for a winter and the field burn. The background of this alleged hull is suspect. It is also of note that the separated head was not recovered, even after use of a metal detector.

In my 15 years of experience I have never heard of, and Federal Cartridge has never received other reports of a plastic hull obstruction resulting in firearm damage. First, the chance of getting a second round to chamber is small due to the stuck tube not traveling far enough down the barrel past the chamber to allow another round to be loaded into the chamber.  Second, even if the tube traveled far enough down the barrel to allow a second round to chamber and fire, a separated tube is not a significant obstruction. The plastic tube allows the gas to pass through. A bulge or burst barrel is caused by an expansion of gas in a trapped area. A burst barrel is always from a significant obstruction, a secondary ignition down the barrel, or poor quality metal of the barrel.

The recovered hulls from the Obstruction Test are not remotely similar to the hull allegedly recovered by plaintiff. The hulls from the test show more tearing and are more deformed with minimal signs of being struck by pellets. This differs from the plaintiff's hull which Mr. Roster states "There is clear evidence of a multiplicity (~16) of melted/pressed, quite regularly spaced indents/dimples/pits into and around the circumference of the base of the plastic tube…" Shotshell pellets do not stack neatly during manufacture; also they become more randomly spaced when fired. Based on my experience, testing and condition of the hull, the hull allegedly recovered by plaintiff appears to have nothing to do with plaintiff's incident.

The combination of evidence that Federal Cartridge Company has zero history of tube separations with H121 ammunition, and the Obstruction Test conducted refuting Mr. Roster's idea of a tube separation rupturing the barrel, makes it more likely than not that the plaintiff's incident was not from a separated tube event.

Through my investigation I reviewed photographs of the shotgun and ammunition. The examination of these photographs revealed immediate similarities to a 12/20 burst incident.   A 12/20 burst occurs when a 20 gauge shell is inserted into the chamber of a 12 gauge firearm. The narrower rim of the 20 gauge shell (.766") drops past the chamber and makes contact with the inside diameter of the forcing cone area of the 12 gauge barrel (.798" to .725"), just in front of the chamber. This forcing cone portion of a shotgun barrel is located approximately 3.5" from the breech.

The 20 gauge shell lodges in the barrel far enough in front of the chamber to allow a 12 gauge shell to chamber and fire behind the 20 gauge shell. Once fired, the expanding gases from the 12 gauge begin to force the 20 gauge shell down the barrel, flattening the 20 gauge rim. See photos of 20 gauge heads from 12/20 bursts. (Exhibit E)

The 12 gauge pellets collide with the 20 gauge primer and the 20 gauge shell fires outside the thicker steel chamber of the firearm. The combination of the ignition of the 20 gauge shell in

the thinner steel barrel and the collision of the 12 gauge payload can bulge or rupture the barrel.

To test this theory, using the exemplar Silver Pigeon I, I attempted to replicated a 12/20 scenario, using a high speed camera to capture the data. The test resulted in the 20 gauge shell firing just past the forcing cone area and creating a bulge in the barrel 5" from the breech. The bulge location is exactly the same distance from the breech as plaintiff's barrel rupture. See Obstruction Test Results. (Exhibit D)

My prior investigations of previous 12/20 burst incidents show the degree of barrel damage varies from bulges to ruptures. Whether a barrel bulges or ruptures depends on a variety of factors including the composition and batch to batch variation of the steel, heat treatment of the steel, variation of components in the 20 gauge shell, and the timing of the ignition of the 20 gauge shell. The constant indicators are the location of the barrel damage just past the forcing cone and the commonality of 12/20 bulges/bursts occurring in over/under shotguns. Most semi-auto and pump shotguns will not reliably cycle the 20 gauge ammunition into the chamber.

The extent of damage and location of the rupture on plaintiff's firearm are similar to a previous barrel rupture reported to Federal Cartridge Company in 2008 involving a Weatherby Over/Under shotgun. It was determined that the obstruction was a 20 gauge shell. (Exhibit F)

The combination of 20 gauge ammunition and 12 gauge firearms are a known unsafe combination. The firearms and ammunition industry warn of the consequences of these combinations and require all manufacturers to use yellow hulls for 20 gauge ammunition to avoid confusion and mixed ammunition. Federal Cartridge receives approximately one to two reports each year of a 12/20 bulges/bursts occurring in the field, and warns accordingly on the packaging. (Exhibit G)


**Summary of Opinions**

I intend to offer the following opinions at the trial of this matter.

Plaintiff's H121 ammunition was designed and manufactured within industry specification.

The hull allegedly found by the plaintiff was most likely not from the incident.

A tube separation event resulting in lodging a hull in the barrel is not a significant obstruction and will not result in barrel damage or barrel rupture.

Plaintiff's incident was the result of a 12/20 burst.

I reserve the ability to consider any new or additional information for purposes of supplementing this report.  I also plan to evaluate and respond to any opinions tendered by other experts.

Sincerely,

Steve Rodgers

# Exhibit A

**Steven J. Rodgers**
900 Ehlen Drive, Anoka, MN 55303
steve.rodgers@vistaoutdoor.com

---

## Professional Experience

**Vista Outdoor/ ATK/ Federal Cartridge Company**
2014 – Present: *Product Safety Manager*
2013 – 2014: *Claims Specialist*
2007 – 2013: *Technical Service Specialist III*

### *Technical Expert*
Provide detectives, investigators, crime labs, forensic labs, district attorneys, and defense attorneys with information regarding evidence recovered from crime scenes for use in investigations, litigations, affidavits, and/or trial. Contributed to more than 200 criminal cases since 2007 by providing expert technical information, including:

- Cartridge case and head stamp identification – cartridge case manufacturing process, bunter tool wear, bunter tool lifespan/rounds produced per bunter, bunter tool manufacturing process, machining and electrical discharge machining processes.
- Bullet identification – bullet manufacturing process, examine recovered bullet characteristics to determine type of projectile; provide bullet composition information.
- Shotshell component identification – shotshell wad and component identification to determine the round involved.
- Lot number information and component source identification to determine manufacture date and manufacturer location for interstate nexus.
- Sales channel, sales volume, and product distribution information to be used for product tracking.
- Ballistic expert; Provide interior, exterior, and terminal ballistics, firearm compatibility, and product usage expertise to end users including law enforcement, military, and commercial sales channels.

Provide technical information to the Central Intelligence Agency, Federal Bureau of Investigations, Bureau of Alcohol, Tobacco and Firearms, members of the Association of Firearm Tool Mark Examiners, and various local, regional, and international law enforcement agencies.

### *Expert Witness Testimony*
Subpoenaed in criminal cases to provide expert witness testimony as a representative of industry and Vista Outdoor, on behalf of state and federal government.

> *State of California vs. Soto*:  Expert witness on bunter tool marks and cartridge case identification.

*State of California vs. Lazarus*:  Expert witness on bullet identification and manufacturing tool marks.

*United States vs. SGT. Brent Burke*:  Expert witness on bullet identification and channels of distribution.

*United States vs. Daniel Santiago:*  Expert witness on bullet identification, cartridge components, and lead styphnate primers. Testified during two trials due to hung jury.

*United States vs. Hammond:*  Expert witness on interstate nexus, firearm/ammunition compatibility, and reloading ammunition.

*United States vs. Leonard Hill:* Expert witness on interstate nexus, component identification, and reload identification.

*United States vs. Tuan Ngoc Luong:* Expert witness on interstate nexus and component identification.

### In-House Expert, Litigations

Expert on examining damaged firearms and determining causes. Investigator of personal injury and product liability claims involving ammunition, firearms, optics, reloading products, holsters and shooting accessories to determine causation. Attend exhibit inspections, complete scientific testing, write expert reports or affidavits and testify at depositions or trial.

### In-House Expert, Pre-Litigations

Managed property and firearm damage customer claims to determine root cause analysis and decide terms of settlement or closure for mutually beneficial outcome, as deemed necessary. Managed personal injury claims through exceptional negotiation skills to maintain customer satisfaction and to avoid escalation and/or litigation.

### Product Recall Management

Manage the communication, implementation, documentation and reporting of four ammunition recalls, one firearm recall and one firearm cleaning chemical product recall.

### Technical and Public Relations

Conduct 200+ tours of Federal Cartridge Company's manufacturing facility for key customers, industry personnel, law enforcement agencies, state and national dignitaries, including range time with product demonstration and shooting instruction.

2002 – 2007   *Dealer Services Representative Lead*

Instructor for hands-on range-based ammunition and reloading training for retail sales personnel at dealers, regional, and national chains that carried Federal Ammunition, RCBS reloading products, Weaver Optics, and other ATK branded shooting sports accessories.

Conducted ammunition product training, including ballistic gelatin testing, barrier testing, bullet upset, stopping power, accuracy testing and product performance and usage guidelines for new sales representatives, employees, and customers with a concentration on new product introductions, differentiation and benefits.

Directed work for a team of three Dealer Services representatives, including creating dealer promotions, managing a $1.5 million co-op advertising budget, communicating to customers, and providing retail service and support.

1993 – 1996   *Distribution/Manufacturing (Seasonal Full-time Temporary)*
Various summer temporary assignments including order fulfillment, propellant and raw material distribution, and warehouse operations.

**Summit Flyfishing Company**
2000 – 2002   *Store Manager and Flyfishing Guide*

Ran day-to-day operations of premiere destination flyfishing retail location, including product ordering and inventory, testing new product, providing expert advice and a distinct customer experience. Conducted day trips and weekend guided flyfishing trips for individuals and groups; taught fly casting and fly tying for novice and experienced anglers.

**Minnesota Senate (2000 Legislative Session)**

2000        *Committee Clerk, Transportation Committee*
Organized meetings and supporting materials for the Minnesota Senate Transportation Committee and answered constituent communications.


## Education

**Minnesota State University, Moorhead, MN        1999**
Bachelor of Science, University Studies-Business


## Professional Certifications and Affiliations

Certified DPMS AR15 Armorer                              2009
Certified Glock Armorer                                        2008 and 2015
Certified Defensive Edge AR15/M16/M4 Armorer  2014
Member, International Consumer Product Health and Safety Organization


## Awards / Recognition

Received three ATK A3 (ATK Achievement Award) performance awards
2nd Place, 2011 Congressional Shoot, ATK Shooting Team
3rd Place, 2012 Congressional Shoot, ATK Shooting Team
2nd Place, 2014 Congressional Shoot, ATK Shooting Team
1st Place, 2016 Congressional Shoot, Vista Outdoor Shooting Team

# Exhibit B

Invoice Quantity | Column Labels

| Row Labels | Calendar 2010 | Calendar 2011 | Calendar 2012 | Calendar 2013 | Calendar 2014 | Calendar 2015 | Calendar 2016 | Calendar 2017 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| H121 6 | 4,530,425 | 5,967,450 | 3,592,150 | 3,518,150 | 5,070,500 | 3,025,500 | 3,954,175 | 1,222,300 | 30,880,650 |
| H121 7.5 | 8,712,950 | 13,189,225 | 5,847,900 | 4,402,800 | 11,116,475 | 3,704,925 | 4,112,500 | 1,474,525 | 52,561,300 |
| H121 8 | 8,646,025 | 10,195,150 | 6,292,575 | 3,858,425 | 9,079,975 | 4,211,450 | 3,305,000 | 1,499,025 | 47,087,625 |
| Grand Total | 21,889,400 | 29,351,825 | 15,732,625 | 11,779,375 | 25,266,950 | 10,941,875 | 11,371,675 | 4,195,850 | 130,529,575 |

# Exhibit C

**Hunstad, Wayne**

| | |
|---|---|
| **From:** | Foster, Angela <Angela.Foster@VistaOutdoor.com> |
| **Sent:** | Thursday, January 14, 2016 10:21 AM |
| **To:** | Hunstad, Wayne |
| **Subject:** | Test Report Request |

Hi Wayne

Please send me the P&V test report and any other testing reports we have for the following lot: **3V29VM256. Product** is Federal Game Shok 12 gauge, 2 ¾ #6 shot. Thanks!

**Angela Foster**
Paralegal
Vista Outdoor Inc.
1 Vista Way | Anoka, MN 55303
(763)712-7740
angela.foster@vistaoutdoor.com

VISTA
— OUTDOOR —

The information in this e-mail is Vista Outdoor Confidential, and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone other than the recipient is unauthorized. If you are not the intended recipient, any disclosure, reproduction, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful.

*Handwritten notes:*

2014

Sept 13th 2014 ?

Loader #29 had a shop change to #1246

ON 9-14-2014 2:38 PM

(9-16-2014 % to TG-121-7112 1:50 PM)

1

OEHLER System 82          14/09/14-02:38u SlowFire Mode

02:38u Comment:     29
SHOT CHANGE +

| Round | 0<br>2000<br>S-P-Max- | 0<br>3,000<br>S-Vel/TA |
|---|---|---|
| 1 | 1 | 1260F |
| 2 | 9104 | 1316 |
| 3 | 8913 | 1308 |
| 4 | 8786 | 1294 |
| 5 | 8817 | 1290 |
| 6 | 9297 | 1319 |
| 7 | 9095 | 1308 |
| 8 | 8259 | 1289 |
| 9 | 9042 | 1315 |
| 10 | 8843 | 1297 |
| 11 | 8970 | 1302E |
| | 10 Valid Rounds | |
| Mean | 8892 | 1303 |
| Std Dev | 275 | 10 |
| Max | 9297 | 1319 |
| Min | 8259 | 1289 |
| Range | 1039 | 30 |
| Mean+3S | 9717 | 1334 |
| Mean-3S | 8067 | 1272 |

02:39u Comment:    89   1313

LOAD
PDWR                         LDR
VEL/MEAN              WGHT
WAD
SHIFT V, U, P, Q Gunner
BL        BBL CORR P        V

OEHLER System 82          14/09/14-09:27p SlowFire Mode

09:27p Comment:      2P

| Round | 2,000 5-F-Max- | 3,000 5-Vel/TA |
|-------|----------------|----------------|
| 1 | 8444 | 1282F |
| 2 | 8328 | 1288 |
| 3 | 9777 | 1298 |
| 4 | 8914 | 1300 |
| 5 | 8757 | 1298 |
| 6 | 8563 | 1321 |
| 7 | 9036 | 1308 |
| 8 | 8755 | 1301 |
| 9 | 9123 | 1308 |
| 10 | 8966 | 1290 |
| 11 | 8129 | 1269S |

10 Valid Rounds

| Mean | 8771 | 1298 |
| Std Dev | 314 | 14 |
| Max | 9123 | 1321 |
| Min | 8129 | 1269 |
| Range | 994 | 51 |
| Mean+3S | 9713 | 1339 |
| Mean-3S | 7829 | 1257 |

09:28p Comment:      8B    130B

OEHLER System 82          14/09/15-10:07a SlowFire Mode

10:07a Comment:    29

| Round | 0 2000 5-P-Max- | 0 3.000 5-Vel/TA |
|---|---|---|
| 1 | 9026 | 1277F |
| 2 | 9380 | 1268 |
| 3 | 9436 | 1289 |
| 4 | 8864 | 1269 |
| 5 | 8690 | 1285 |
| 6 | 8770 | 1276 |
| 7 | 8508 | 1247 |
| 8 | 9451 | 1280 |
| 9 | 8738 | 1254 |
| 10 | 8977 | 1277 |
| 11 | 9351 | 1286S |
| 10 Valid Rounds | | |
| Mean | 9017 | 1273 |
| Std Dev | 355 | 14 |
| Max | 9451 | 1289 |
| Min | 8508 | 1247 |
| Range | 942 | 42 |
| Mean+3S | 10083 | 1315 |
| Mean-3S | 7951 | 1231 |

10:07a Comment:    90      1283

LOAD _H121-6_____ LDR _29_
PDWR _360-690_____ WGHT ____
VEL/MEAN _1290_____ WAD _W9 W6_
SHIFT (V) U, P, Q  Gunner _Todd C._
BBL _31_  BBL. CORR P _0_  V _+10_

OEHLER System 82          14/09/15-04:07c SlowFire Mode

04:07c Comment:    29

| Round | 0<br>2000<br>5-P-Max- | 0<br>3,000<br>5-Vel/TA |
|---|---|---|
| 1 | 8424 | 1270F |
| 2 | 9784 | 1325 |
| 3 | 8630 | 1299 |
| 4 | 9281 | 1297 |
| 5 | 8918 | 1298 |
| 6 | 8214 | 1294 |
| 7 | 8875 | 1286 |
| 8 | 9086 | 1274 |
| 9 | 8418 | 1275 |
| 10 | 9247 | 1289 |
| 11 | 8968 | 1290 |
| 12 | 8830 | 1274S |
| 11 Valid Rounds | | |
| Mean | 8932 | 1291 |
| Std Dev | 431 | 15 |
| Max | 9784 | 1325 |
| Min | 8214 | 1274 |
| Range | 1570 | 51 |
| Mean+3S | 10225 | 1336 |
| Mean-3S | 7639 | 1246 |

CuT
PowDER
20 mg -

04:07c Comment:    89    1301

OEHLER System 82         16/09/15-09:03n SlowFire Mode

09:03n Comment:   LOR 79   BL 31   0   +10

| Round | 0 2000 5-P-Max- | 0 3,000 5-Vel/TA |
|---|---|---|
| 1 | 9475 | 1232 |
| 2 | 8954 | 1274 |
| 3 | 8661 | 1255 |
| 4 | 9379 | 1273 |
| 5 | 9283 | 1273 |
| 6 | 9057 | 1276 |
| 7 | 8769 | 1251 |
| 8 | 7895 | 1238 |
| 9 | 9012 | 1237 |
| 10 | 9161 | 1258 |
| 11 | 8744 | 1267S |
| 11 Valid Rounds | | |
| Mean | 8758 | 1257 |
| Std Dev | 453 | 16 |
| Max | 9379 | 1276 |
| Min | 7895 | 1232 |
| Range | 1484 | 44 |
| Mean+3S | 10117 | 1305 |
| Mean-3S | 7399 | 1209 |

09:05n Comment:   88   1267

OEHLER System 82          14/09/16-05:46a SlowFire Mode

05:46a Comment:    LDR 29   BBL 31   0   +10

|  | 0 | 0 |
|  | 2000 | 3,000 |
| Round | 5-P-Max- | 5-Vel/TA |
| 1 | 8645 | 1262 |
| 2 | 8900 | 1284 |
| 3 | 9245 | 1294 |
| 4 | 9730 | 1294 |
| 5 | 8771 | 1276 |
| 6 | 9018 | 1271 |
| 7 | 8094 | 1253 |
| 8 | 9177 | 1269 |
| 9 | 8750 | 1250 |
| 10 | 8208 | 1245 |
| 11 | 8633 | 12548 |
| 11 Valid Rounds |  |  |
| Mean | 8834 | 1268 |
| Std Dev | 464 | 17 |
| Max | 9730 | 1294 |
| Min | 8094 | 1245 |
| Range | 1636 | 49 |
| Mean+3S | 10226 | 1321 |
| Mean-3S | 7442 | 1216 |

05:47a Comment:    88   1278

OEHLER System 82        14/09/16-10:05a SlowFire Mode

10:05a Comment:   29

| Round | 0<br>2000<br>S-P-Max- | 0<br>3,000<br>S-Vel/TA |
|---|---|---|
| 1 | 9141 | 1263F |
| 2 | 8654 | 1257 |
| 3 | 8697 | 1267 |
| 4 | 8430 | 1250 |
| 5 | 9094 | 1253 |
| 6 | 8572 | 1244 |
| 7 | 8117 | 1232 |
| 8 | 8884 | 1240 |
| 9 | 8105 | 1241 |
| 10 | 8823 | 1259 |
| 11 | 8587 | 1240S |
| 10 Valid Rounds | | |
| Mean | 8596 | 1248 |
| Std Dev | 315 | 11 |
| Max | 9094 | 1267 |
| Min | 8105 | 1232 |
| Range | 989 | 35 |
| Mean+3S | 9542 | 1280 |
| Mean-3S | 7650 | 1216 |

10:06a Comment:   86    1258

OAD _H121-6_____ LDR _29_
PDWR_360-690_____ WGHT_____
VEL/MEAN_1290_____ WAD _W9 W6_
SHIFT V, U, P, Q Gunner _Todd O._
BBL _31_ _BBL. CORR P_ _0_ v _+10_

# LOADING INSPECTION REPORT

SHIFT ___ D

Q-14 2014 CODE NO. M251

## Section 27

LOADER NO. 27

POWDER WEIGHT CONTROL LIMITS: "σ" = 1.07

| TIME | 1 | 2 | 3 | 4 | 5 |
|------|---|---|---|---|---|
|  | 1.67 | 1.23 |  |  |  |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| | 1.69 | 1.70 | 1.71 | 1.72 | 1.31 | 3.2 | 33 | 34 |

SHOT WEIGHT CONTROL LIMITS: RANGE (UCL RS):
AVG. (X̄ 5): = 31.1, -32.6

| TIME | 1 | 2 | 3 | 4 | 5 |
|------|---|---|---|---|---|
| | 1.64 | 1.70 | 1.71 | 1.72 | 31 | 32 | 33 | 34 |

AVERAGE 31.4  31.60  31.2  31.55  31.55

RANGE 1.16  .78  .66  1.0  70

GAUGE 1.2
LOAD 3-1/8 - 7/12 #1-1-1
CATALOG NO. MP127 G7L2
WADDING W9W16
POWDER 360-690

## Section 28

LOADER NO. 28

POWDER WEIGHT CONTROL LIMITS: "σ" = 1.13

| TIME | 1 | 2 | 3 | 4 | 5 |
|------|---|---|---|---|---|
| | .06 | .06 | .06 | 06 | .04 | .03 | .02 | .04 |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| | 1.20 | 1.20 | 1.17 | 1.17 | 1.23 | 1.20 | 1.23 | 1.23 |

AVERAGE 1.20

RANGE .06

SHOT WEIGHT CONTROL LIMITS: RANGE (UCL RS):
AVG. (X̄ 5): = 31.1 -32.6

| TIME | 1 | 2 | 3 | 4 | 5 |
|------|---|---|---|---|---|
| | 1.04 | 1.70 | 1.71 | 1.72 | 31 | 32 | 33 | 34 |

AVERAGE 31.4

RANGE 1.6  .78  .66  1.0  70

GAUGE 1.2
LOAD 23/4 - 1/8 - 8
CATALOG NO. G7L2
WADDING W9W16
POWDER 360-690

## Section 28 (lower)

LOADER NO. 28

POWDER WEIGHT CONTROL LIMITS: "σ" = 1.13

| TIME | 1 | 2 | 3 | 4 | 5 |
|------|---|---|---|---|---|
| | .06 | .06 |  |  |  |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| | 1.13 | 1.13 | 1.14 | 1.15 | 1.13 | 1.13 |

AVERAGE 1.13

RANGE .06  .06  04  .02  .05

SHOT WEIGHT CONTROL LIMITS: RANGE (UCL RS): = 1.5
AVG. (X̄ 5): = 31.1 -32.6

| TIME | 1 | 2 | 3 | 4 | 5 |
|------|---|---|---|---|---|
| | 70 | 71 | 72 | 73 | 74 | 75 | 76 |

AVERAGE 80  53

RANGE .18  .054  31.73  .53  .72  .62

GAUGE 1.2
LOAD 23/4 - 1/8 - 8
CATALOG NO. H121
WADDING W9W16
POWDER 360-690

## Section 29

POWDER WEIGHT CONTROL LIMITS: "σ" = 1.13

| TIME | 1 | 2 | 3 | 4 | 5 |
|------|---|---|---|---|---|
| | 3.7 | 3.9 |  |  |  |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| | 70 | 71 | 72 | 73 | 74 | 75 | 76 |

AVERAGE 3.4  1.21

RANGE 3.4

SHOT WEIGHT CONTROL LIMITS: RANGE (UCL RS): = 1.5
AVG. (X̄ 5): = 31.1 -32.6

| TIME | 1 | 2 | 3 | 4 | 5 |
|------|---|---|---|---|---|
| | 3.9 | 3.20 |  |  |  |

AVERAGE 28.6  29.2

RANGE .39  .66

LOADER NO. 29

## Section 29 (lower)

POWDER WEIGHT CONTROL LIMITS: "σ" = 

| TIME | 1 | 2 |
|------|---|---|
| | 1.25 | 1.21 |

AVERAGE 1.25  1.21

RANGE .05  .05

SHOT WEIGHT CONTROL LIMITS: RANGE (UCL RS):
AVG. (X̄ 5): =

| TIME | 1 | 2 |
|------|---|---|

GAUGE ___
LOAD ___

LOADER NO. ___

# LOADING INSPECTION REPORT

MONDAY / TUESDAY

SHIFT V/U

**Highlighted notes (right side):**
9-16-2014
9-15-2014 CODE NO. VM258
UM259

---

## Section 27 — LOADER NO. 27

POWDER WEIGHT CONTROL LIMITS: "σ" = 1.23

| TIME | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| "σ" = | 35 | 36 | 37 | 38 | 39 | 31 |

AVERAGE 1.24  RANGE .04

SHOT WEIGHT CONTROL LIMITS:
AVG. (X̄5) = 27.9 – 28.9   RANGE (UCLR5) =

AVERAGE 28.34  RANGE .86

GAUGE 12
LOAD 34-1-7½
CATALOG NO. GTL/2
WADDING W9 W6
POWDER 360-690

---

## Section 28 — LOADER NO. 28

POWDER WEIGHT CONTROL LIMITS: "σ" = 1.13

| TIME | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| "σ" = | | | | | |

AVERAGE 1.24  RANGE .04

SHOT WEIGHT CONTROL LIMITS:
AVG. (X̄5) = 31.1 – 32.6   RANGE (UCLR5) = 1.5

AVERAGE 31.87  RANGE .91

GAUGE 12
LOAD 2¾-1⅛-8 / 3-1⅛-8
CATALOG NO. IGL12P XSS12 A
WADDING W9 W6
POWDER 360-690

---

## Section 29 — LOADER NO. 29

POWDER WEIGHT CONTROL LIMITS: "σ" = 1.23

| TIME | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| "σ" = | 43 | 44 | 45 | 46 | 47 | 48 | 49 |

AVERAGE 1.24  RANGE .06

SHOT WEIGHT CONTROL LIMITS:
AVG. (X̄5) = 27.9 – 28.9   RANGE (UCLR5) = 1.5

AVERAGE 28.40  RANGE .93

GAUGE 12
LOAD 2¾-1-6
CATALOG NO. H121
WADDING W9 W6
POWDER 360-690

---

## (Blank section) — LOADER NO. _____

POWDER WEIGHT CONTROL LIMITS: "σ" =

| TIME | 1 | 2 | 3 |
|---|---|---|---|
| "σ" = | | | |

SHOT WEIGHT CONTROL LIMITS:
AVG. (X̄5) =   RANGE (UCLR5) =

GAUGE _____
LOAD _____
CATALOG NO. _____

# TUESDAY / WEDNESDAY LOADING INSPECTION REPORT

SHIFT __V/U__

9-17-2014
9-16-2014   CODE NO. VM 259   VM 260

## LOADER NO. 27

| POWDER WEIGHT CONTROL LIMITS: "σ" = 1.24 | | | | | |
|---|---|---|---|---|---|
| TIME | 32 | 31 | 32 | 33 | 34 |
| 1 | tbd | | | | |
| 2 | | | tbd | tbd | |
| 3 | | | shot | | |
| 4 | | | c.b | | |
| 5 | | | | | |
| AVERAGE 1.23 | 1.26 | 1.24 | 1.23 | 1.03 | |
| RANGE .06 | .03 | .03 | .05 | .03 | |

| SHOT WEIGHT CONTROL LIMITS: RANGE (UCLR5): 1.5 | | | | | |
|---|---|---|---|---|---|
| AVG. (X̄5)= 27.9 - 28.9 | | | | | |
| TIME | 32 | 31 | 32 | 33 | 34 |
| 1 | tbd | | | | |
| 2 | | | tbd | tbd | |
| 3 | | | shot | | |
| 4 | | | c.b | | |
| 5 | | | | | |
| AVERAGE 28.22 | 28.3 | 28.33 | 27.73 | 28.44 | |
| RANGE .86 | .79 | 1.05 | .66 | 1.15 | |

GAUGE __12__
LOAD __3¼-1-7½__ - 6
CATALOG NO. __GTL12__
WADDING __W9 w6__
POWDER __360-690__

## LOADER NO. 28

| POWDER WEIGHT CONTROL LIMITS: "σ" = 1.23, 1.05 | | | | | |
|---|---|---|---|---|---|
| TIME | 35 | 31 | 32 | 33 | 34 | 35 | 36 | 37 |
| 1 | tbd | | | | |
| 2 | | | tbd | | |
| 3 | load | | | | |
| 4 | | | | | |
| 5 | | | | | |
| AVERAGE 1.15 | 1.14 | 1.12 | 1.10 | 1.13 | 1.12 | 1.10 |
| RANGE .04 | .05 | .06 | .05 | .06 | .05 | .05 |

| SHOT WEIGHT CONTROL LIMITS: RANGE (UCLR5): 1.5 | | | | | |
|---|---|---|---|---|---|
| AVG. (X̄5)= 31. - 32.6 | | | | | |
| TIME | 35 | 31 | 32 | 33 | 34 | 35 | 36 | 37 |
| 1 | tbd | | | | |
| 2 | | | tbd | tbd | |
| 3 | | | new | | |
| 4 | | | b.w | | |
| 5 | | | | | |
| AVERAGE 32.26 | 32.3 | 31.92 | 31.44 | 31.41 | 31.10 | 32.05 | 31.94 |
| RANGE .76 | .94 | .50 | .96 | 1.11 | .57 | .54 | |

LOADER NO. 28
202 Primers
GAUGE __12__
LOAD __3-1⅛ - 8__
CATALOG NO. __SS12H__
WADDING __W9 w6__
POWDER __360-690__

## LOADER NO. 29

| POWDER WEIGHT CONTROL LIMITS: "σ" = 1.23, 1.05 | | | | | |
|---|---|---|---|---|---|
| TIME | 50 | 31 | 30 | 33 | 34 | 35 |
| 1 | tbd | | | | |
| 2 | | | load | | |
| 3 | | | c.b | | |
| 4 | | | D | | |
| 5 | | | W | | |
| | | | N | | |
| AVERAGE 1.22 | W | 1.05 | 1.04 | .03 | 1.05 |
| RANGE .04 | N | .05 | .05 | .02 | .06 |

| SHOT WEIGHT CONTROL LIMITS: RANGE (UCLR5): 1.5 | | | | | |
|---|---|---|---|---|---|
| AVG. (X̄5)= 27.9 - 28.9 | | | | | |
| TIME | 50 | 31 | 32 | 33 | 34 | 35 |
| 1 | tbd | | | | |
| 2 | | | load | | |
| 3 | | | D | | |
| 4 | | | W | | |
| 5 | | | N | | |
| | | | | | |
| AVERAGE 28.36 | W | 28.64 | 28.42 | 28.75 | 29.23 | 28.28 |
| RANGE .67 | N | .60 | .79 | 1.78 | .53 | .16 |

LOADER NO. 29
GAUGE __12__
LOAD __2¾" - 6 / 2¾" - 1 - 7½__
CATALOG NO. __H12__
WADDING __W9 w6__
POWDER __360-690 / 552-55-666__

## LOADER NO. ___

| POWDER WEIGHT CONTROL LIMITS: "σ" = ___ | | | | | |
|---|---|---|---|---|---|
| TIME | | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

| SHOT WEIGHT CONTROL LIMITS: RANGE (UCLR5): | | | | | |
|---|---|---|---|---|---|
| AVG. (X̄5)= | | | | | |
| TIME | | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |

LOADER NO. ___
GAUGE ___
LOAD ___

# Exhibit D



**Obstruction Test Protocol**          **-April 6th, 2017**

## 1.      INTRODUCTION

This testing will characterize two types of obstructions located in the forcing cone area of a shotgun barrel and subsequently firing a live round into each obstruction. The first obstruction test will use a fired 12ga hull (cut off) from load H121 6. The second obstruction will be a 20ga loaded round, load H202 6 to duplicate a 12/20 burst.

### 1.1      Test Equipment

12 gauge H121 6 ammunition lot number 1V27UK265, ballistics (Exhibit 1)
20 gauge H200 6 ammunition lot number 7P24PK331, ballistics (Exhibit 2)
12 gauge H121 6 fired hull lot number 1V27UK265, tube cut from metal head.
Exemplar Beretta O/U Silver Pigeon I serial # UO7577S
Gun rest
High speed video camera (with necessary lighting & laptop)
Standard camera

### 1.2      Testing Procedures

An initial round of new production ammunition will be fired to test that the high speed camera is operating correctly. To create the tube separation test, I will tap a fired hull into the forcing cone area of the bottom barrel using a dowel. To create the 12/20 burst test a 20 gauge round will be dropped into the barrel.

All testing will be performed in compliance with QA safety SOPs. A lanyard and shield are to be used during all test phases where applicable. Substitution of a face shield and glove are permitted when necessary.

### 1.3      Record Keeping

High speed video will be taken during each round fired. Each spent cartridge will be collected, bagged and marked. Each obstruction and remaining pieces will be collected, bagged and marked.

### 1.4      Observations

Tube separation test results-

- Test one- 12 gauge payload passed through the lodged tube. Small portion of tube fired out the muzzle and recovered 50 yards down range,



**Obstruction Test Protocol**          -April 6th, 2017

the remainder was ironed out on the inside of the barrel. See tube photo (Exhibit 3). No barrel damage. Video- separation test one.

- Test two- 12 gauge payload collided with the lodged tube and shot it out the barrel. Tube pieces recovered at the end of the 100 yard ballistic alley. See tube photo (Exhibit 4). No barrel damage. Video- separation test two.

12/20 burst test results-

- Test one- 12 gauge round collided and ignited the 20 gauge obstruction. A ring bulge expanded in the barrel 5" from the breech. See photo (Exhibit 5). Video- 1220 obstruction.

Exhibit 1



## Ballistics Velocity & Pressure Summary
## Tech Services

**Assembly Area: QA - SS Ballistics**　　　　　　　　　　　**Lot #: 1V27UK265**

| | | |
|---|---|---|
| Product: H121 6 - 12 GA GAME LOAD | | Correction Desc: SS Alley 4 Coils - Lead Shot |
| Barrel: 1201A | Type: Transducer | Chamber Transducer: 1870 | Offset: 0 |
| Velocity Correction: 20 | Pressure Correction: 0 | | Sensitivity: 0.124 |
| Case Type: Federal-2 3/4" - Plastic | | | Range Multiplier: 2000 |
| Case Material: Plastic | | | Load Line: Ldr 27 |
| Target Velocity (Hi): 1290 | Target Velocity (Lo): 1290 | | |
| Powder Type: 1292 ALLIANT | | | Employee: Hunstad, Wayne |
| Powder Lot: 123 | | | Test Type: Product Evaluation |
| Powder Weight: 1.23 | | | Time of Test: 4/5/2017 12:21:14 PM |
| Wadding: W9 | Pouch: W6 | | |
| | | | Test Station: Shotshell #4 |

Comments:
PRE-TEST COMMENT: LOADER  27  H121-6      DATE CODE  1V27UK265

©2017 Vista Outdoor Inc.  All rights reserved



Lot #: **1V27UK265**
Product: H121 6 - 12 GA GAME LOAD

## Ballistics Velocity & Pressure Summary
## Tech Services

|  | Velocity | Chamber Pressure |
|---|---|---|
| Avg(x̄): | 1279 | 9848 |
| Std Dev(σ): | 17 | 521 |
| Max: | 1305 | 10695 |
| Min: | 1249 | 8757 |
| Range: | 56 | 1938 |
| x̄ + 3σ : | 1330 | 11412 |
| x̄ - 3σ : | 1228 | 8284 |

| | Manual Entry | | Round Omitted |
|---|---|---|---|
| Rnd | Velocity | Chamber Pressure | Chamber TTP |
| 1 | 1271 | 9339 | 0.68848 |
| 2 | 1287 | 10210 | 0.63965 |
| 3 | 1289 | 10054 | 0.62988 |
| 4 | 1295 | 10695 | 0.59082 |
| 5 | 1287 | 10448 | 0.60547 |
| 6 | 1249 | 8757 | 0.59570 |
| 7 | 1271 | 9813 | 0.58594 |
| 8 | 1303 | 10301 | 0.64453 |
| 9 | 1259 | 9784 | 0.65430 |
| 10 | 1276 | 9262 | 0.67383 |
| 11 | 1295 | 10256 | 0.64941 |
| 12 | 1256 | 9337 | 0.66895 |
| 13 | 1274 | 9568 | 0.63965 |
| 14 | 1305 | 10062 | 0.57617 |
| 15 | 1269 | 9832 | 0.63965 |



Date/Time:
4/5/2017 12:24:39 PM

©2017 Vista Outdoor Inc.  All rights reserved.

Exhibit 2



**Lot #: 7P24PK331**
**Product: H200 6 - 20 GA GAME LOAD**

# Ballistics Velocity & Pressure Summary
## Tech Services

**Assembly Area: QA - SS Ballistics**          **Lot #: 7P24PK331**

| | | |
|---|---|---|
| Product: H200 6 - 20 GA GAME LOAD | | Correction Desc: SS Alley 4 Coils - Lead Shot |
| Barrel: 19 | Type: Transducer | Chamber Transducer: 1765 |
| Velocity Correction: 20 | Pressure Correction: -400 | Offset: 0 |
| Case Type: Federal-2 3/4" - Plastic | | Sensitivity: 0.137 |
| Case Material: Plastic | | Range Multiplier: 2000 |
| Target Velocity (Hi): 1210 | Target Velocity (Lo): 1210 | Load Line: Ldr 24 |
| Powder Type: 1292 ALLIANT | | |
| Powder Lot: 123 | | Employee: Hunstad, Wayne |
| Powder Weight: 1.23 | | Test Type: Product Evaluation |
| Wadding: W9 | Pouch: W6 | Time of Test: 4/5/2017 12:28:45 PM |
| | | Test Station: Shotshell #4 |

Comments:
PRE-TEST COMMENT: LOADER  24  H200-6      7P24PK331

| | Velocity | Chamber Pressure | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Manual Entry | | Round Omitted | | |
| | | | Rnd | Velocity | Chamber Pressure | Chamber TTP | |
| Avg(x̄): | 1212 | 10859 | 1 | 1193 | 10778 | 0.62012 | |
| Std Dev(σ): | 19 | 542 | 2 | 1222 | 10952 | 0.62012 | |
| Max: | 1249 | 12111 | 3 | 1186 | 10495 | 0.62012 | |
| Min: | 1186 | 10007 | 4 | 1213 | 11244 | 0.61035 | |
| Range: | 63 | 2104 | 5 | 1249 | 12111 | 0.61035 | |
| x̄ + 3σ : | 1270 | 12485 | 6 | 1211 | 10679 | 0.62500 | |
| x̄ - 3σ : | 1153 | 9234 | 7 | 1232 | 10795 | 0.62012 | |
| | | | 8 | 1195 | 10007 | 0.67383 | |
| | | | 9 | 1215 | 10769 | 0.60547 | |
| | | | 10 | 1199 | 10764 | 0.63477 | |



Date/Time:
4/5/2017 12:30:39 PM

©2017 Vista Outdoor Inc. - All rights reserved

Exhibit 3

Exhibit 4



Exhibit 5



Exhibit E



Exhibit F



Exhibit G



**WARNING:** To avoid serious injury: (1) use only ammunition in good condition; use only in modern firearms in good condition marked for use of this gauge and length shotshell; (2) always be sure barrel is free of any obstructions; the barrel should be checked in case of light recoil, or an unusually loud or weak sound heard during firing; (3) wear eye and ear protection; (4) if gun fails to fire, avoid exposure to breech when unloading and point muzzle in a safe direction; keep firearm pointed in safe direction at all times; (5) discharge may occur if primer is struck; handle with caution, do not drop; (6) do not use these shells in guns with Damascus or twist steel barrels; (7) do not shoot at hard surfaces or water; lead shot may ricochet; (8) store in cool dry place; do not submerge in water; (9) be careful where testing guns, do not ingest lead; lead shot may cause health damage; (10) since reloading practices are beyond our control, we disclaim all liability for damage or injury that may result ...