Scott T. Evans, 6218
Tyler V. Snow, 12668
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, Utah 84111
Telephone:  (801) 323-5000
scott.evans@chrisjen.com
tyler.snow@chrisjen.com
*Attorneys for Defendant Federal Cartridge Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JACOB SEAN BARBEN,<br><br>  Plaintiff,<br><br>v.<br><br>BERETTA USA CORP., a Delaware Corporation; SPORTSMAN'S WAREHOUSE, INC., a Utah Corporation; and FEDERAL CARTRIDGE COMPANY, a Minnesota Corporation,<br><br>  Defendants. | **SUPPLEMENT TO DEFENDANT FEDERAL CARTRIDGE COMPANY'S DISCLOSURE OF EXPERT WITNESSES**<br><br><br>Case No. 1:16-cv-00094-DON<br><br>Judge David Nuffer |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), defendant Federal Cartridge Company ("Federal"), by and through counsel, hereby supplements its expert witness designation as follows:

1.   Shawn Sapp, Ph.D., AEI Corporation, 8197 West Brandon Drive, Littleton, CO 80125.  Dr. Sapp will be paid $220.00 per hour for his study and $270.00 per hour for his testimony in this matter.

2. Steve Rodgers, Product Safety Manager, Vista Outdoor Inc., parent company to Federal Cartridge Company; c/o Federal's counsel. Mr. Rodgers is an employee/non-retained expert.

DATED this 30th day of June, 2017.

CHRISTENSEN & JENSEN, P.C.

/s/ Tyler V. Snow
Scott T. Evans
Tyler V. Snow
*Attorneys for Defendant Federal Cartridge Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2017, I electronically filed the foregoing **SUPPLEMENT TO DEFENDANT FEDERAL CARTRIDGE COMPANY'S DISCLOSURE OF EXPERT WITNESSES** with the Clerk of the Court using the efiling system, which sent notification of such filing to the following:

Dustin Lance
Jessica A. Andrew
LANCE ANDREW, P.C.
15 West South Temple, Suite 1650
Salt Lake City, Utah 84101
dlance@lanceandrewlaw.com
jandrew@lanceandrewlaw.com
*Attorneys for Plaintiff*

/s/ Bengta M. Hoffman